[No. 46028-5-I. Division One. May 23, 2005.]

*In the Matter of the Detention of* CURTIS GENE BROGI.

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS GENE BROGI, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 97-2-00476-9, Vickie I. Churchill, J., entered

January 12, 2000. *Affirmed* by unpublished opinion per Becker, J., concurred in by Ellington, A.C.J., and Baker, J.